IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY BROWNLOW, | ) | No. C 04-04522 JW (PR) |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| K. MENDOZA-POWERS, | ) | |
| Defendant. | ) | |

Plaintiff initiated this suit on October 27, 2004. On May 11, 2007, the Court issued an order "Re Electronic Filing in Cases with Unrepresented Parties." On June 25, 2007, the order was returned as undeliverable, indicating that plaintiff was not in custody.

Pursuant to Northern District Local Rule 3-11, a party proceeding pro se whose address changes while an action is pending must promptly file and serve upon all opposing parties a notice of change of address specifying the new address. See L.R. 3- 11(a ). The Court may, without prejudice, dismiss a complaint or strike an answer when: (1) mail directed to the attorney or the pro se party by the court has been returned to the court as not

Order of Dismissal
P:\PRO-SE\SJ.JW\CR.04\Brownlow4522_dismiss3-11.wpd

deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the attorney or pro se party indicating a current address.  See L.R. 3-11(b).

It has now been more than sixty days since the Court's order was returned as undeliverable.  The Court has not received a notice from plaintiff of a new address.  Accordingly, this action is DISMISSED without prejudice.  See Fed. R. Civ. P. 41(b); L.R. 3-11(b).

DATED:  August 31, 2007

JAMES WARE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JW\CR.04\Brownlow4522_dismiss3-11.wpd        2