IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY BROWNLOW,

    Plaintiff,                      No. CIV S-08-1125 LKK DAD P

    vs.

K. MENDOZA-POWERS, et al.,

    Defendants.             <u>ORDER</u>

    _____/

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff originally filed this action on October 27, 2004 in the U.S. District Court for the Northern District of California. After more than three and half years passed, that court transferred the action to this court on May 22, 2008.

    Shortly after the transfer, on September 8, 2008, this court filed findings and recommendations recommending that this action be dismissed due to plaintiff's failure to keep the court apprised of his current address. On September 22, 2008, plaintiff filed objections to those findings and recommendations. In light of those objections, the court will vacate the findings and recommendations.

    This court has now reviewed plaintiff's complaint originally filed in the U.S. District Court for the Northern District of California. In that complaint, plaintiff alleges

1

1  violations of his civil rights by defendants. The alleged violations took place at Avenal State
2  Prison in Kings County, which is part of the Fresno Division of the United States District Court
3  for the Eastern District of California. See Local Rule 3-120(d).
4  Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in
5  the proper division of a court may, on the court's own motion, be transferred to the proper
6  division of the court. Therefore, this action will now be transferred to the Fresno Division of the
7  court.
8  Accordingly, IT IS HEREBY ORDERED that:
9  1. The findings and recommendations, filed on September 8, 2008 (Doc. No. 21),
10  are vacated;
11  2. This action is transferred to the United States District Court for the Eastern
12  District of California sitting in Fresno; and
13  3. All future filings shall reference the new Fresno case number assigned and
14  shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

18  DATED: September 26, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

22  DAD:4
   brow1125.vac21